IN THE MATTER OF THE ESTATE OF MINNIE MORGAN MARKS, DECEASED.

(Filed 1 May 1963.)

Executors and Administrators § 4—

Upon the revocation of the probate in this State of the will of a nonresident, it is proper for the clerk to revoke his order appointing as administrators c. t. a. the persons named executors in the purported will, since the clerk may not appoint persons to administer an estate as directed by a writing until that writing has been here established as a will.

APPEAL by petitioners from *Riddle, S.J.*, October 22, 1962 Special Civil Term of MECKLENBURG.

*Clayton & London by O. W. Clayton for petitioner appellee.*
*Blakeney, Alexander & Machen by Ernest W. Machen, Jr., for appellants.*

RODMAN, J.   This is a companion case to *In re Will of Marks*, ante, 326. The facts are there stated. The February writing, which was there held not entitled to probate until the writing previously probated had been successfully attacked by caveat, named petitioners Mary Schulhofer and Arthur Schulhofer as executrix and executor. When they sought to probate the February writing, they likewise prayed for the appointment of ancillary administrators. They gave bond as required by G.S. 28-186 and were, on 23 May 1961, issued letters c.t.a.

The clerk, in his order of 12 April 1962, revoked the probate of the paper naming petitioners as executors and likewise revoked the order appointing them as administrators c.t.a.

Manifestly the clerk's order, which was affirmed by the judge, was correct because the writing dated in February 1961 had not been established in North Carolina as Mrs. Marks' will. Petitioners could not here administer an estate as directed by a writing until that writing had been here established as a will.

Affirmed.